79,088-04

Perry Jerden #1781651

3001 S. Emily Dr.

Beeville, TX 78102

October 20,2015

RE; Address for the State Prosecuting Attorney

Dear Clerk,

I am writing to enquire as to whether the mailing address has changed to the State Prosecuting Attorney's Office ▓▓▓▓▓▓? The address that is provided by the law library and the one taken from "attorney's filings" is: Lisa C. McMinn, Office of the State Prosecuting Attorney, P.O. Box 12405, Austin, TX 78711. But the mail to this address is being returned as undeliverable.

Can you please tell me what the proper mailing address is to the state prosecuting attorney? T.R.A.P. Rule 68.11 requires service on State Prosecuting Attorney. The address currently available from the Directory in the law library is incorrect or, the prosecutors office is hindering service by returning letters sent by TDCJ offenders.

Thank you for your time and attention in this matter. I look forward to your timely response.

Respectfully,

CC/FILE

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk